**SUPREME COURT OF PENNSYLVANIA**
**COMMITTEE ON RULES OF EVIDENCE**

**FINAL REPORT[1]**

**Revision of Comment to Pa.R.E. 902**

On June 12, 2017, effective November 1, 2017, upon recommendation of the Committee on Rules of Evidence, the Court ordered the revision of the Comment to Pa.R.E. 902.   The purpose of this revision is to alert readers that certain self-authenticating records may also require proof of identification.   Under the Rules of Evidence, certificates evidencing a prior criminal record are self-authenticating under Pa.R.E. 902(4).  *See also* 42 Pa.C.S. § 5328, 42 Pa.C.S. § 6103, and 75 Pa.C.S. § 6501.  However, self-authenticating certificates fulfill only part of the requirement for proving a prior criminal conviction.  Under case law, the proponent has the burden of proving: 1) a prior conviction is authentic (*i.e.*, with a self-authenticating certificate); and 2) the person against whom it is sought to be admitted is the same person reflected on the certificate.  *Commonwealth v. Boyd,* 344 A.2d 864 (Pa. 1975).

---

[1]     The Committee's Final Report should not be confused with the official Committee Comments to the rules.   Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.